Note:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1095

JOYAL PRODUCTS, INC.,

Plaintiff-Appellee,

v.

JOHNSON ELECTRIC NORTH AMERICA, INC.,
JOHNSON ELECTRIC CONSULTING, INC.,
and JOHNSON ELECTRIC INDUSTRIAL MANUFACTORY, LTD.,

Defendants-Appellants,

and

DELPHI CORPORATION,

Defendant.

Stephen R. Buckingham, Lowenstein Sandler PC, of Roseland, New York, argued for plaintiff-appellee.  With him on the brief was David L. Harris.

Stephen N. Weiss, Moses & Singer LLP, of New York, New York, argued for defendants-appellants.  With him on the brief were Gregory J. Fleesler and Michael J. Pospis.

Appealed from:  United States District Court for the District of New Jersey

Judge Joel A. Pisano

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1095

JOYAL PRODUCTS, INC.,

Plaintiff-Appellee,

v.

JOHNSON ELECTRIC NORTH AMERICA, INC.,
JOHNSON ELECTRIC CONSULTING, INC.,
and JOHNSON ELECTRIC INDUSTRIAL MANUFACTORY, LTD.,

Defendants-Appellants,

and

DELPHI CORPORATION,

Defendant.

# Judgment

ON APPEAL from the    United States District Court for the District of New Jersey

in CASE NO(S).    04-CV-5172

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (NEWMAN, MAYER, and PROST, Circuit Judges).

AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED    October 22, 2009        /s/ Jan Horbaly
                                  Jan Horbaly, Clerk